DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ 85331
(480) 451-3053

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| HOBBS, JACK | ) | CASE NO. 10-01959-PHX-RTB |
| HOBBS, ANN | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and

was returned to the Trustee marked by the US Postal Service as "box closed"..

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 12/22/10 | J&B IMPORTERS<br>P.O. BOX 930849<br>ATLANTA GA 31193-0849 | $564.49 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code

directing the Trustee to pay over the amount of $564.49 to the Clerk of Court to be deposited in

the Registry thereof.

December 22, 2010
DATE

/s/
DIANE M. MANN, Trustee